**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12040 (KBO) |
| In re:<br><br>SONDER GERMANY GMBH,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12041 (KBO) |
| In re:<br><br>SONDER GROUP HOLDINGS LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12042 (KBO) |
| In re:<br><br>SONDER GUEST SERVICES LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12043 (KBO) |
| In re:<br><br>SONDER HOLDINGS LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12044 (KBO) |
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 25-12045 (KBO) |

| | |
|---|---|
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>                                   Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |
| In re:<br><br>SONDER PARTNER CO.,<br><br>                                   Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br>                                   Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |
| In re:<br><br>SONDER USA INC.,<br><br>                                   Debtor. | Chapter 7<br><br>Case No. 25-12049 (KBO)<br><br>**Ref. Docket No. 8 & 33** |

## NOTICE OF HEARING

      **PLEASE TAKE NOTICE** that on November 14, 2025, Marriott International, Inc. ("***Marriott***") filed the *Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Sonder's Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d)* (the "***Motion***") [Docket No. 8] with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). You were previously served with a copy of the Motion.

      **PLEASE TAKE FURTHER NOTICE** that on November 19, 2025, the Court entered the *Interim Order Granting Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Sonder's Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d)* [Docket No. 33].

2

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING TO CONSIDER THE MOTION WILL BE HELD ON **DECEMBER 8, 2025, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the final order on the Motion shall be filed on or before **4:00 p.m., prevailing Eastern Time, on December 1, 2025** and shall be served on (a) the Chapter 7 Trustee, 919 N. Market Street, Suite 420, Wilmington, DE 19801, Attn: Jami Nimeroff (nimeroff@dech7trustee.com); (b) proposed counsel to the Chapter 7 Trustee, Sullivan Hazeltine Allinson LLC, 919 N. Market St., Suite 420, Wilmington, DE 19801, Attn: William D. Sullivan (bsullivan@sha-llc.com); and (c) counsel to Marriott, (i) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Robert S. Brady (rbrady@ycst.com) and Michael R. Nestor (mnestor@ycst.com), (ii) Baker & McKenzie LLP, 830 Brickell Plaza, Suite 3100, Miami, FL 3100, Attn: Paul J. Keenan (paul.keenan@bakermckenzie.com), and (iii) Jenner & Block LLP, 1099 New York Ave NW, Suite 900, Washington, DC 20001, Attn: Lindsay C. Harrison (lharrison@jenner.com).

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING**.

<table>
<tr><td>Dated: November 19, 2025<br>Wilmington, Delaware</td><td>Respectfully submitted,</td></tr>
</table>

Dated: November 19, 2025  
Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        mnestor@ycst.com

-and-

**BAKER & McKENZIE LLP**
Paul J. Keenan Jr. (admitted *pro hac vice motion*)
John R. Dodd (admitted *pro hac vice motion*)
William Roppolo (admitted *pro hac vice motion*)
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953
Email:  paul.keenan@bakermckenzie.com
        john.dodd@bakermckenzie.com
        william.roppolo@bakermckenzie.com

-and-

**JENNER & BLOCK LLP**
Lindsay C. Harrison (admitted *pro hac vice motion*)
1099 New York Ave NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Email: lharrison@jenner.com

*Counsel for Marriott International, Inc.*