# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.,<br><br>Debtor[1]. | Chapter 7<br><br>Case No. 25-12040 (KBO) |
| In re:<br><br>SONDER GERMANY GMBH,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12041 (KBO) |
| In re:<br><br>SONDER GROUP HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12042 (KBO) |
| In re:<br><br>SONDER GUEST SERVICES LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12043 (KBO) |

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801..

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS LLC,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12044 (KBO) |
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12045 (KBO) |
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |
| In re:<br><br>SONDER PARTNER CO.,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |

| |
|---|
| In re:<br><br>SONDER USA INC.,<br><br>                          Debtor. |

## ORDER DIRECTING JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF CHAPTER 7 CASES

Upon the motion (the "Motion")[2] of the interim Chapter 7 Trustee in the above-captioned Bankruptcy Cases (collectively, the "Debtors") for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, directing joint administration and procedural consolidation of the Debtors' Chapter 7 Bankruptcy Cases; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors and Estates, and will further the economic and efficient administration of the Bankruptcy Cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of the Bankruptcy Cases; and it appearing that no other or further notice of the Motion need be provided; and upon the Motion and proceedings before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. For the reasons set forth in the Motion, the above-captioned Bankruptcy Cases shall be procedurally consolidated and jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of the jointly administered Chapter 7 Bankruptcy Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>SONDER HOLDINGS INC.,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered) |
|---|---|

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801

4. The Clerk of this Court shall maintain one file and one docket for all of the Chapter 7 Bankruptcy Cases and a docket entry shall be made in each of the following affiliate cases: Sonder Germany GMBH, Case No. 25-12041 (KBO); Sonder Group Holdings LLC, Case No. 25-12042 (KBO), Sonder Guest Services LLC, Case No. 25-12043 (KBO); Sonder Holdings LLC, Case No. 25-12044 (KBO); Sonder Hospitality Holdings LLC, Case No. 25-12045 (KBO); Sonder Hospitality USA Inc., Case No. 25-12046 (KBO); Sonder Partner Co., Case No. 25-12047 (KBO); Sonder Technology Inc., Case No. 25-12048 (KBO) and Sonder USA Inc. Case No. 25-12049 (KBO) as follows:

An order has been entered in this case in accordance with Bankruptcy Rule 1015(b) directing procedural consolidation and joint administration of the chapter 7 cases of Sonder Holdings, Inc., Case No. 25-12040 (KBO); Sonder Germany GMBH, Case No. 25-12041 (KBO); Sonder Group Holdings LLC, Case No. 25-12042 (KBO); Sonder Guest Services LLC, Case No. 25-12043 (KBO); Sonder Holdings LLC, Case No. 25-12044 (KBO); Sonder Hospitality Holdings LLC, Case No. 25-12045 (KBO); Sonder Hospitality USA Inc., Case No. 25-12046 (KBO); Sonder Partner Co., Case No. 25-12047 (KBO); Sonder Technology Inc., Case No. 25-12048 (KBO) and Sonder USA Inc. Case No. 25-12049 (KBO). The docket in the chapter 7 case of Sonder Holdings, Inc., Case No. 25-12040 (KBO) should be consulted for all matters affecting these cases.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 7 Bankruptcy Cases.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 20th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE